DIRECT RESPONSE TO:

Name: Joe Louie Mendoza

Reg. No.: 05776-010
    FCI Medium
    PO Box 26040
    Beaumont, TX 77720

To:
    South Central Laboratory
    10150 East Technology Blvd.
    Dallas, TX 75220
    (949) 559-7900

IDENTIFICATION OF REQUESTER:
NAME: Joe Louie Mendoza
ALLAS:
DATE OF BIRTH: 6-21-64
PLACE OF BIRTH: Orange County, CA
F.B.I. NO: 307136DA8
Soc. Sec. No: 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
OTHER:

Re:    FREEDOM OF INFORMATION ACT
       (U.S.C. 552), PRIVACY ACT
       (5 U.S.C. 552a (d) (1) Request:
       EXEMPTIONS (5 U.S.C. 552 (6) (C)
       (B) (7)), GENERAL (U.S.C. 552 A
       (J) (2)) OR SPECIFIC ( U.S.C.
       552 A (k) (2)) NOT APPLICABLE TO
       THIS REQUEST.

Dear Sir/Ms:

This letter will serve as my request pursuant to the provisions of the Freedom of Information Act (5 U.S.C. 552) and the privacy Act (5 U.S.C. 52a (d) (1), and the applieable State Statutes governing Freedom of Information Requests if state agency request, for full disclosure and release of all records and / or data contained in the files of your agency, and specifically under my name and / or an identifier assigned to my name. This request is sought specifically for amendment, deletion and / or expungment (5 U.S.C. 552a (d) (2) (a)) of records maintained by your Agency. The records sought but not limited to, is the compiled file containing:

(1) all reports of the chemical composition of any and all substance that were obtained by your agency through any other agency under my name for laboratory analysis
(2) investigation and /or investigatory reports
(3) reports or evidentiary and / or scientific information findings
(4) final and closing investigation reports
(5) any and /or all information, data, or reports not
otherwise exempt by statute (5 U.S.C. (66) ( c) (h) (7)), (5 U.S.C. 52a (j) (2), (k) (2), or law, T etum v Rusk, 507, F.2d. 1116. 165 U.S. App. D.C. 293 (1974). Menard v. Saxbe, 498 F 2d. 1017, 162 U.S. App. D.C. 284 (1974). Sullivan v Murphy, 478 F. 2d 938. 156 U.S. App. D.C. 28 (1973). Your Agency is advised that the investigation reports in told are no longer accorded exempt status unless under the specific exemption noted, and only with reference to specific citation of authority, Paton v. La Prade. 524 F.2d 862, 868-69. (CA3 1975).

It is further requested that your agency in response to the material requested specifically inform me if and to whom the file and / or any material therein contained has been released to any identifiable individual or agency, their name, title, purpose and need for such information, the date of such release, the specific material that was released, the person within you Agency who released such information, and the specific reference to authority, statute or regulation, governing such release (5 U.S.C. 52a (d) (1)), Paton v. La Parde,

**FILED**

06 0591    MAR 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

524 F. 2d 862 (CA3 1975), Tarlton v. Saxbe, 507 F 2d. 1116, 165 U.S. Appp. D.C. 293 91974), of Linda R.S. v. Richard D., 410 U.S. 614, 93 S.Ct. 1146, 35 L.Ed. 2d. 536. (1973).

It is further requested that your Agency provide me with a copy of specific regulations of your department as provided by statute (5 U.S.C. 552), so that compliance with such regulations is adhered to except as otherwise provided by law (5U.S.C. 701 et. Seq.).

This request is made under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a) (together with the "alternate means of access"), to permit access to records on file with your Agency. If and for any reason it is determined that portions of the material and records sought is exempt by statute (5 U.S.C. (6) (c) (b) (7), 552a (j) (2), (k) (2) or by regulation (Menard v. Mitchell, 430 F. 2d. 486, 139 U.S. App. D.C. 113 (1970). Nemetz v. Department of Treasury, 446 F. Supp. 102) I request specific citation to authority for such deletion. If it should by determined that any material be deemed CONFIDENTIAL due to identification of source, the permission is granted to Agency to delete source identification ONLY from the material for release. Paton v. LaParde, 524 F. 2d 862 (CA3 1975), Chastain v. Kelly, 510 F.2d. 1232. I further agree to pay any reasonable costs, or file FORMA PAUPERIS if I am indigent, provided by statute or regulation of your agency, for search and copying of the material requested.

Pursuant to Title 5 U.S.C. 552 (6) (1) (1), it is noted that your Agency has ten (10) working days following receipt of this request to provide the information and material sought. Should any delay occur, it is requested that your Agency inform me of this delay as provided by Agency regulations, and the date as to when your Agency will be able to act upon request.

Yours truly,

*Joe Louie Mendoza*

Joe Louie Mendoza

Dated: *January 28, 2002*

Certify Mail # *7000 0520 0025 9287 6436*

**CC:**
KellyD, Stephens
Phillip J. Smith
Stephans & Associates
Attorneys At Law
P.O.Box 19328
Houston, TX. 77224



**U.S. Department of Justice**

Drug Enforcement Administration

---

*Washington, D.C. 20537*

April 5, 2002

Request Number:    02-0779-P

Subject of Request:    MENDOZA, JOE L.

FCI BEAUMONT - MEDIUM
P.O. BOX 26040
BEAUMONT, TX 77720

DEAR JOE L. MENDOZA:

The Drug Enforcement Administration (DEA) has received your Freedom of Information/Privacy Act (FOI/PA) request and placed it on a list of requests awaiting processing. To deal fairly with all requests that require the retrieval, processing and duplication of documents, your request will be handled in chronological order based on the date of this letter.

Your request has been assigned the above number. Please include this number in any future correspondence to this office regarding your FOI/PA request.

This letter confirms your obligation that by filing this request, you have implicitly agreed to pay all applicable fees charged under 28 C.F.R. 16.11, up to $25.00, unless you seek a waiver of fees (28 C.F.R. 16.3 (c)).

Please be assured that your request is being handled as equitably as possible. Upon completion of the search and processing, you will be notified of chargeable fees, and payment will be required prior to release of any records. If there are no fees associated with the processing of your request, all documents that can be released will be made available to you at the earliest possible date.

Sincerely,

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

*DEA FOIA Home Page... http://www.usdoj.gov/dea/foia/dea.htm*



**U.S. Department of Justice**

Drug Enforcement Administration

**APR 2 2 2002**

*Washington, D.C. 20537*

Request Number:    02-0779-P

Subject of Request:    MENDOZA, JOE L.

FCI BEAUMONT - MEDIUM
P.O. BOX 26040
BEAUMONT, TX 77720

DEAR JOE L. MENDOZA:

Your Freedom of Information/Privacy Act (FOI/PA) request seeking information from the Drug Enforcement Administration (DEA) has been processed. The paragraphs checked below apply:

[  ]  A determination has been made to deny your request pursuant to subsections of the Privacy Act and/or Freedom of Information Act referenced at the end of this letter. The exemption number(s) indicated by a mark appearing in the block to the left of the subsection cited constitutes the authority for withholding the deleted material. An attachment to this letter explains these exemptions in more detail.

[ x ]  The processing of your request identified certain materials that will be released to you. Portions not released are being withheld pursuant to the Freedom of Information Act, 5 U.S.C. 552, and/or the Privacy Act, 5 U.S.C. 552a. Please refer to the list enclosed with this letter that identifies the authority for withholding the deleted material, which is indicated by a mark appearing in the block next to the exemption. An additional enclosure with this letter explains these exemptions in more detail.

[ x ]  The document reproduction fees have been waived and the documents are being forwarded to you with this letter.

[ x ]  The rules and regulations of the Drug Enforcement Administration applicable to Freedom of Information Act requests are contained in the Code of Federal Regulations, Title 28, Part 16, as amended. They are published in the Federal Register and are available for inspection by members of the public.

[  ]  Certain DEA documents contained information furnished by another government agency. DEA is in the process of consulting with that agency before granting access to the documents in accordance with 28 C.F.R 16.4 and/or 16.42. You will be notified if more material is available for release pending results from that consultation.

[  ]  Certain DEA files contain information that was furnished by another government agency or agencies. That information and a copy of your request have been referred for a decision as to access and the agency or agencies involved will respond directly to you in accordance with 28 C.F.R 16.4 and/or 16.42.

FREEDOM OF INFORMATION ACT
SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1)  Information which is currently and properly classified pursuant to Executive Order in the interest of the national defense or foreign policy.

(b)(2)  Materials related solely to the internal rules and practices of DEA.

(b)(3)  Information specifically exempted from disclosure by another federal statute.

(b)(4)  Privileged or confidential information obtained from a person, usually involving commercial or financial matters.

(b)(5)  Inter-agency or intra-agency documents which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction, or which represent the work product of an attorney, or which reflect confidential communications between a client and an attorney.

(b)(6)  Materials contained in sensitive records such as personnel or medical files, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.

(b)(7)  Records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information (A) could reasonably be expected to interfere with enforcement proceedings; (B) would deprive a person of a right to a fair trial or an impartial adjudication; (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy; (D) could reasonably be expected to disclose the identity of a confidential source, including a State, local or foreign agency or authority or any private institution which furnished information on a confidential basis; and, in the case of a record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source; (E) would disclose techniques and procedures for law enforcement investigations or prosecutions or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or (F) could reasonably be expected to endanger the life or physical safety of any individual.


PRIVACY ACT
SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)  Materials compiled in reasonable anticipation of a civil action or proceeding.

(j)(2)  Material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals.

(k)(1)  Information which is currently and properly classified pursuant to Executive Order in the interest of the national defense or foreign policy.

(k)(2)  Material compiled during civil investigations for law enforcement purposes.

(k)(5)  Investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to an express promise that his identity would be held in confidence, or pursuant to an implied promise of confidentiality if such information was furnished prior to September 27, 1975.

(k)(6)  The substance of tests used to determine individual qualifications for appointment or promotion in Federal Government Service.

[ x ] If you wish to appeal any denial of your request, you may do so within sixty (60) days pursuant to 28 C.F.R. 16.9. The appeal should be sent to the following address, with the envelope marked "FOIA Appeal":

> Co-Director
> Office of Information and Privacy
> FLAG Building, Suite 570
> Washington, D.C. 20530

[  ] For further information, see attached comments page.

Sincerely,

*Katherine Myrick*

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section
Drug Enforcement Administration
Washington, D.C. 20537

Number of Pages Withheld:                389

Number of Pages Released:                006

Number of Pages Referred to another agency:    000

**APPLICABLE SECTIONS OF THE FREEDOM OF INFORMATION AND/OR PRIVACY ACT:**

| Freedom of Information Act<br>5 U.S.C. 552 | | | Privacy Act<br>5 U.S.C. 552a | |
|---|---|---|---|---|
| [  ] (b)(1) | [  ] (b)(5) | [ x ] (b)(7)(C) | [  ] (d)(5) | [  ] (k)(2) |
| [ x ] (b)(2) | [  ] (b)(6) | [x  ] (b)(7)(D) | [ x ] (j)(2) | [  ] (k)(5) |
| [  ] (b)(3) | [ x ] (b)(7)(A) | [  ] (b)(7)(E) | [  ] (k)(1) | [  ] (k)(6) |
| [  ] (b)(4) | [  ] (b)(7)(B) | [ x ] (b)(7)(F) | | |

Joe Louie Mendoza
Reg#05776-010
U.S.P. Leavenworth
P.O. Box 1000
1300 Metropolitan
Leavenworth, Kansas 66048


Office of Information and Privacy
U.S. Department of Justice
Suite 570, Flag Bldg
Washington, DC 20530


**Re: FOIA/PA APPEAL DENIAL OF ACCESS PURSUANT TO 5 USC 552(a)(6);
USC 552a.**

Dear Sir or Madam:

     This is an appeal from the denial of records by katherine
L. Myrick, as noted in the attached request and for the following
reason and facts:

1. On or about January 28,2002, I mailed a FOIA/PA request to
the DEA South Central Laboratory, 10150 East Technology Blvd,
Dallas, Texas 75220. A copy of that request is attached to this
appeal.

2. On or about April 8,2002, a letter dated April 5,2002, was
mailed to me by Katherine L. Myrick. Informing me that my FOIA/PA
request had been received and placed on a list awaiting
processing.

A copy of that letter is attached to this appeal.

3. Katherine L. Myrick has denied me records that are not FOI
exempt or furnish me with a **"Vaughn Index"** as set forth in Vaughn
Vs Rosen 484 F2d 820 (D.C. 1973). Secondary the search warrant
issued by the U.S. Magistrate Beverly Stites-Jones on January
14,1999, lab analysis and chemical composition reports for the
conviction that I am now serving, the transcripts of the recorded
conversations, and the affidavit or warrant allowing the
monitoring and recording of the calls that pertain to my

case do not fall under the applicable section of the FOIA/PA that would allow these to be withheld or be exempt.

4. Katherine L. Myrick has failed to fully comply with the provisions of the FOIA/PA regarding release of records.

Therefore, for the above reasons and facts, it is evident that Katherine L. Myrick has denied me access to records and documents to which I am entitled under the statutes. This appeal is being submitted in good faith in attempt to obtain compliance by Katherine L. Myrick to the statutory provisions of the FOIA/PA regarding disclosure and to avoid the cost to litigation.

Please mandate Katherine L. Myrick, to furnish the records as requested. I appreciate your compliance with section 552(a)(6)(A)(ii) regarding the response time to this appeal as well. Thank you

Sincerely,

Joe Louie Mendoza

CERTIFIED MAIL No. 7001 0320 0005 1589 5787

Dated May 22, 2002.

CC:
Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section
Drug Enforcement Administration
Washington, D.C. 20537



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                     *Washington, D.C. 20530*

19

Mr. Joe Louie Mendoza
Register No. 05776-010
United States Penitentiary
Post Office Box 1000
1300 Metropolitan
Leavenworth, KS  66048

       Re:    Request No. 02-0779-P

Dear Mr. Mendoza:

     This is to advise you that your administrative appeal from the action of the Drug Enforcement Administration on your request for information from the files of the Department of Justice was received by this Office on June 5, 2002.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **02-2351**. Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

                          Sincerely,

                          Priscilla Jones
                          Chief Secretary

## DIRECT RESPONSE TO:

**JOE LOUIE MENDOZA**
**Reg No. 05776-010**
**USP Leavenworth**
**P.O. Box 1000**
**1300 Metropolitan**
**Leavenworth, Ks 66048**

To:                              IDENTIFICATION OF REQUESTER:
D.E.A. Fayettville              NAME: JOE LOUIE MENDOZA
179 E. Colt Dr.                 DATE OF BIRTH 6-21-64
Fayetteville, Ar 72703          PLACE OF BIRTH: ORANGE CO,CA
                                F.B.I. NO.307136DA8
                                Soc. Sec. No.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

Re:

   Freedom of Information Act/Privacy Act Request.

Dear Sir/Madam

   Pursuant to the Freedom of Information Act, 5 USC 552, and Privacy Act of 1974, 5 USC 552a, I hereby request copies of the following documents.

   1. Affidavit for arrest warrant.

   2. Affidavit for search warrant.

   3. Affidavit for the order to intercept wire communications over mobile phone 501-466-8684, and residential phone 501-621-7029.

   4. Arrest warrant.

   5. Search warrant.

   6. The order that was signed by the Honorable Jimm Larry Hendren on June 19,1998. Authorizing the interception of wire communications over mobile phone 501-466-8684,and residential phone 501-621-7029.

   7. The D.E.A. investigative report filed by Special Agent Sal Scalia on March 5,1999, with reference to related case defendant, Thomas Hornbecker.

   8. The report Sergeant Yates completed in reference to his interview with Crystal Mendoza on October 12,1998. That was Forwarded to this agency or to Special Agent Marty Chitwood.

   9. Any statements of the people that were arrested or interviewed in relation to myself or related offenses.

   10. Investigation and/or investigatory reports.

   11. Reports or evidentiary and scientific information finding.

   12. Transcripts of all recorded calls.

   13. Final and closing investigation reports.

14. Any and/or all information, data, or reports not otherwise exempt by statute (5 U.S.C.(66)(c)(h)(7)),(5U.S.C. 52a(j)(2),(k)(2), or law, Tarltin v. Saxbe,507,F.2d. 1116. 165 U.S. App. D.C. 293(1974). Menard v. Saxbe,498 F.2d. 1017,162 U.S. App D.C. 284 (1974). Sulivan v. Murphy, 478 F.2d. 938. 156 U.S. App D.C. 28(1973). Your Agency is Advised that the investigation reports in told are no longer accorded exempt status unless under specific exemption noted, and only with reference to specific ctation of authority, Paton v. La Prade. 524 F.2d. 862,868-69(CA3 1975).

If for any reason you chose not to send me any of the documents or papers requested then please furnish me with a "Vaughn Index" as set forth in Vaughn v. rosen,484 F.2d. 820(D.C. 1973).

Please consider this as a first-party request under the Freedom of Information Act, 5 USC 552, and as a Privacy Act request, 5 USC 552a also.

In the event that some of this material is considered by you to be exempt from disclosure under both Acts, then please include all segregable portions of documents and and the specific exemption you are relying upon to deny disclosure of the excised portions. Please note that in order to avoid disclosure you must claim an appropriate exemption under both Acts.

I am requesting that you abide by statutory time within which to make a determination on this request, that being ten"10" working days from your receipt under Section 552(a)(6)(A)(i).

I request a fee waiver or at least a fee reduction, however, in the event you deny this request for waiver I hereby agree to pay the fees search and duplication while retaining my right to appeal your denial of waiver. The information requested will not be used for any commercial purpose.

I Joe Louie Mendoza hereby swear under the penalty of perjury that I am requesting all the above information and documents for my personal use.

Certify Mail# 7000-0520-0026-9287-6443

JOE LOUIE MENDOZA

Subscribed and sworn to before me this 24 day of July,2002

Signature of Notary J. Truitt, CSW

My Commission expires N/A

AUTHORISED BY THE ACT OF JULY 7, 1965, AS AMENDED, TO ADMINISTER OATHS (18 USC, 4004)



**U. S. Department of Justice**

Drug Enforcement Administration

---

Washington, D.C.  20537

Request Number:      03-0307-P

DEC 09 2002

Subject of Request:    MENDOZA, JOE L.

Mr. Joe L. Mendoza
Reg. No. 05776-010
USP Leavenworth
P.O. Box 1000
Leavenworth, Kansas  66048

Dear Mr. Mendoza:

 The Drug Enforcement Administration (DEA) has received your Freedom of Information/Privacy Act (FOI/PA) request and placed it on a list of requests awaiting processing.  In order to expedite all requests that require retrieval, processing and duplication of documents, your request will be handled in a chronological order based on the date of this letter.

 Your request has been assigned the above number.  Please include this number in any future correspondence to this office regarding this request.

 This letter confirms your obligation that by filing your request, you have implicitly agreed to pay all applicable fees charged under 28 C.F.R. 16.11, up to $25.00, unless you seek a waiver of fees.

 Please be assured that your request is being handled as equitably as possible.  Upon completion of the processing, you will be notified of all applicable fees, and payment will be required prior to release of any records.  If there are no fees associated with the processing of your request, all documents that can be released will be made available to you at the earliest possible date.

Sincerely,

Katherine Myrick

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section



**U. S. Department of Justice**

Drug Enforcement Administration

JAN 2 8 2003

---

*www.dea.gov*                         Washington, D.C.  20537

Mr. Joe L. Mendoza
Reg. No. 05776-010
USP Leavenworth
P.O. Box 1000
Leavenworth, Kansas  66048

RE:  03-0307-P

Dear Mr. Mendoza:

This is in response to your undated letter to the Drug Enforcement Administration's (DEA) Fayetteville office requesting a fee waiver in regards to your request for information pertaining to investigatory material which was referred to our office for a direct response to you.

DEA has denied your request for a fee waiver based on that it fails to meet the requirements of 28 C.F.R. § 16.11(k).  Among factors considered, DEA determined that the requested information is not likely to *contribute significantly* to public understanding of the operations or activities of the government as required for a fee waiver by 5 U.S.C. § 552(a)(4)(iv).

If you wish to appeal the fee waiver denial, you may do so within 60 days pursuant to 28 C.F.R. § 16.9.  The appeal should be sent to the following address, with the envelope marked "FOIA Appeal":

> Co-Director
> Office of Information and Privacy
> U.S. Department of Justice
> FLAG Building, Suite 570
> Washington, D.C. 20530

In the even you wish to submit a promise to pay, processing will commence upon receipt of your letter.

Sincerely,

*Katherine Myrick*

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

Joe Louie Mendoza
Reg. No. 05776-010
USP Leavenworth
P.O. Box 1000
Leavenworth, KS 66048


February 7, 2003


Katherine L. Myrick,
Chief Operations Unit
F.O.I./Record Management Section
U.S. Department of Justice
Drug Enforcement Administration
Washington, DC 20537


Re: F.O.I.A./Letter date, January 28, 2003


Dear Ms. Myrick,

    I would very much like to pay the fee for these documents so
your agency may commence processing my request as soon as possible.
Therefore, can you please let me know how much it will cost me
and who I must make this payment to?  However, I still wish to
appeal the fee waiver denial, but since these documents that I
requested from the Drug Enforcement Administration's Fayetteville
office are very important to me, I will do whatever I can to make
this payment to your agency.

    Thank you for your time and assistance in this matter.


                                    Sincerely,


                                    Joe Louie Mendoza
                                    Joe Louie Mendoza

**JOE LOUIE MENDOZA**
Reg. No. 05776-010
U.S. Penitentiary Leavenworth
P.O. Box 1000
Leavenworth, Kansas 66048-1000

March 21, 2003

Co-Director
Office of Information and Privacy
U.S. Department of Justice
FLAG Building, Suite 570
Washington, D.C. 20530

Re:  FOIA/PA Appeal Denial of Fee Waiver

Dear Sir/Madam:

This is an appeal from the denial of fee waiver by Ms.
Katherine L. Myrick, from her letter dated January 28, 2003.

Ms. Myrick has denied me the fee waiver based on that it
fails to meet the requirements of 28 C.F.R. § 16.11(k).  However,
by doing so, she is to an extreme by denying me access to the
Courts in the following manner:  Since I do not have the means to
pay for the processing and copies of the requested documentation,
I cannot properly present or prevail with any of the issues pre-
sented to the Court in my case, or properly present any other
issues to the Court that I may prevail on.

For these reasons, I ask that you grant this appeal for a
fee waiver.

Sincerely,

*Joe Louie Mendoza*

JOE LOUIE MENDOZA



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

Mr. Joe Louie Mendoza
Register No. 05776-010
United States Penitentiary Leavenworth
Post Office Box 1000
Leavenworth, KS  66048-1000

     Re:    DEA No. 02-0779-P

Dear Mr. Mendoza:

     This is to advise you that your administrative appeal from the action of the Drug Enforcement Administration on your request for information from the files of the Department of Justice was received by this Office on April 2, 2003.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **03-1904**. Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

                    Sincerely,

                    Priscilla Jones
                    Administrative Specialist



**U. S. Department of Justice**

Drug Enforcement Administration

JUL 3 1 2003

*www.dea.gov*                           Washington, D.C. 20537

Mr. Joe L. Mendoza
Reg. No. 05776-010
USP Leavenworth
P.O. Box 1000
Leavenworth, Kansas 66048

RE: DEA-03-0307-P

Dear Mr. Mendoza:

This is in further response to your undated letter to the Drug Enforcement Administration (DEA) requesting copies of the following documents: (1) affidavit for arrest warrant; (2) affidavit for search warrant; (3) affidavit for the order to intercept wire communications over mobile phone 501-466-8684, and residential phone 501-621-7029; (4) arrest warrant; (5) search warrant; (6) the order that was signed by the Honorable Jimm Larry Jendren on June 19, 1998, authorizing the interception of wire communications over mobile phone 501-466-8684 and residential phone 501-621-7029; (7) the DEA investigative report filed by S/A Sal Scalia on March 5, 1999, with reference to related case defendant Thomas Hornbecker; (8) the report Sargent Yates completed in reference to the interview with Crystal Mendoza on October 12, 1998; (9) any statements of the people that were arrested or interviewed in relation to yourself; (10) investigation and/or investigatory reports; (11) reports or evidentiary and scientific information find; (12) transcripts of all recorded calls and (13) final closing investigation reports.

With regards to Items 1 through 6, DEA does not house these types of records within our systems of records. These documents are located in the U.S. Attorney's Office. You should direct your request for these items to the appropriate U.S. Attorney's Office.

With regards to Items 7 – 13, these items are duplicative of your original request letter to the DEA, in addition to your appeal letter to the Office of Information and Privacy (OIP). These letters and responsive material are maintained under case file 02-0779-P which is currently under advisement with OIP. Any additional information may be released upon adjudication of your appeal.

Therefore, I am administravely closing your request this request.

Sincerely,

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

May 19,2004

Joe Louie Mendoza Reg#05776-010
FCI Memphis
P.O. Box 34550
Memphis, Tn 38184

Priscilla Jones
Administrative Specialist
O.I.P.
U.S. Department of Justice
FLAG Building, Suite 570
Washington, D.C. 20530

Re: **APPEAL NUMBER 02-2351 and APPEAL NUMBER 03-1904.**

Dear Ms/Mrs Priscilla Jones

I am writing this letter to inquire as to the status of the two appeals mentioned above.

On July 14,2003, I had someone in my behalf call your office to inquire as to these two appeals. This person spoke to Phillas Drewery. We were informed by Phillas Drewery that I would receive a letter requiring my signature in order to waive the fees, in 5-7 working days. However, I haven't received this letter. Therefore, could you please let me know how much longer it will be before these appeals will be resolved.

Thank you for your time and any assistance that you may be able to provide me with.

Sincerely, *Joe Louie Mendoza*
Joe Louie Mendoza

**Certified Mail# 7003 1680 0001 1641 9331**

**CC:file**



**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*          *Washington, D.C. 20530*

**AUG 1 0 2004**

Mr. Joe Louie Mendoza
Register No. 05776-010
Federal Correctional Institution    Re:  Appeal No. 03-1904
Post Office Box 1000                     Request No. 03-0307-P
Memphis, TN  38184                       RLH:JGM:NSQ

Dear Mr. Mendoza:

    You appealed from the Drug Enforcement Administration's denial
of your request for a waiver of the fees associated with your request
for access to various categories of records concerning you.

    Even though the DEA denied your request for a fee waiver by
letter dated January 28, 2003, the DEA processed your request and
responded to your request by letter dated July 31, 2003.  The DEA
found no records in response to certain subjects of your request and
determined that the remaining subjects were handled under a previous
request you made to the DEA, which was assigned request number
02-0779-P.  Because no fees were assessed in the processing of this
request, the need to resolve any fee issue as it relates to this
request is moot.  I am, therefore, closing your appeal file in this
Office.

                                    Sincerely,

                                    Richard L. Huff
                                    Co-Director



**U.S. Department of Justice**

Office of Information and Privacy

_____

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

AUG 10 2004

Mr. Joe Louie Mendoza
Register No. 05776-010
Federal Correctional Institution    Re:    Appeal No. 02-2351
Post Office Box 34550                       Request No. 02-0779-P
Memphis, TN  38184                          RLH:FPM:NSQ

Dear Mr. Mendoza:

    You appealed from the action of the Drug Enforcement
Administration on your request for access to records concerning you.

    After carefully considering your appeal, and as a result of
discussions between the DEA and a member of my staff, I have decided
to release portions of two additional pages. The DEA will send those
records directly to you. I am, however, otherwise affirming the
DEA's action on your request.

    These records are exempt from the access provision of the
Privacy Act of 1974 pursuant to 5 U.S.C. § 552a(j)(2). <u>See</u>
28 C.F.R. § 16.98 (2003). Because these records are not available to
you under the Privacy Act, your request has been reviewed under the
Freedom of Information Act in order to afford you the greatest
possible access to them.

    The DEA properly withheld from you certain information that is
protected from disclosure under the FOIA pursuant to:

    5 U.S.C. § 552(b)(2), which concerns matters that are
    related solely to internal agency practices (including, in
    this instance, administrative markings);

    5 U.S.C. § 552(b)(7)(A), which concerns records or
    information compiled for law enforcement purposes, the
    release of which could reasonably be expected to interfere
    with enforcement proceedings;

    5 U.S.C. § 552(b)(7)(C), which concerns records or
    information compiled for law enforcement purposes, the
    release of which could reasonably be expected to
    constitute an unwarranted invasion of the personal privacy
    of third parties (including, in this instance, those of
    investigative interest to the DEA;

-2-

5 U.S.C. § 552(b)(7)(D), which concerns records or information compiled for law enforcement purposes, the release of which could reasonably be expected to disclose the identities of confidential sources and information furnished by such sources; and

5 U.S.C. § 552(b)(7)(F), which concerns records or information compiled for law enforcement purposes, the release of which could reasonably be expected to endanger the life or personal safety of an individual.

I have determined that this information is not appropriate for discretionary release.

Furthermore, I am denying your request that we itemize and justify each item of the information withheld. You are not entitled to such a listing at the administrative stage of processing FOIA requests and appeals. See Judicial Watch v. Clinton, 880 F. Supp. 1, 10 (D.D.C. 1995).

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Richard L. Huff
Co-Director