UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| JOE LOUIE MENDOZA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DRUG ENFORCEMENT ADMINISTRATION ) <br> ) <br> Defendant. ) <br> ) | Civil Action No.  06 0591 |

## ORDER

Plaintiff has submitted the requisite financial information pursuant to 28 U.S.C. § 1915(a)(1994). Upon review of the financial information, the Court finds that Plaintiff is required to pay the statutory filing fee of $250.00 for this action and an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A) and (B). Accordingly, it is this 27th day of March 2006,

**ORDERED**, that:

1. The Plaintiff is obligated to pay an initial partial filing fee payment in the amount of **$3.60** to the Clerk of the United States District Court for the District of Columbia.

2. The Plaintiff is obligated to the United States District Court for the District of Columbia for twenty percent of the preceding month's income credited to his prison account as continued partial payments on the remaining balance of the $250.00 filing fee.

4

3. The authorized institution officer shall deduct from Plaintiff's prison account the initial payment described above. The remaining payments described above shall be deducted and paid to the Clerk of the United States District Court for the District of Columbia each time the amount in the account exceeds $10 until the filing fee is paid.

4. A copy of this Order shall be furnished to Plaintiff's place of incarceration.

5. Plaintiff's application to proceed *in forma pauperis* is granted.

/s/ Henry Kennedy
United States District Judge