## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOE LOUIE MENDOZA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0591(ESH) |
| | ) | |
| DRUG ENFORCEMENT ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b), defendant, through counsel, respectfully moves this

Court for an enlargement of time until May 19, 2006, to answer plaintiff's complaint.[1]

Counsel for defendant is unexpectantly out of the office due to the death of her father.

This absence has significantly affected her ability to meet existing deadlines.

This request for an enlargement of time is made in good faith and is in no way designed

to delay the proceedings.

Accordingly, it is respectfully requested that defendant shall have up to and including

May 19, 2006 to answer or otherwise respond to Plaintiff's Complaint.

A proposed Order consistent with this Motion is attached hereto.

Date: April 24, 2006          Respectfully Submitted,


/s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____

[1]Because plaintiff is incarcerated, defendant's counsel did not contact plaintiff pursuant to
Local Rule 7(m).

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/
_____
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm.E-4106
Washington, D.C. 20530
Ph:  (202) 514-7224

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of *Defendant's Motion for Enlargement of Time* was

made by the Court's Electronic Case Filing System and by first class, postage prepaid mail, this

<u>24th</u> day of April, 2006 to:

Joe Louie Mendoza
Reg. #05766-010
P.O. Box 34550
Memphis, TN 38184

/s/

_____
BEVERLY M. RUSSELL
Assistant United States Attorney