# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE LOUIE MENDOZA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0591(ESH) |
| | ) |
| DRUG ENFORCEMENT ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

UPON CONSIDERATION of *Defendant's Motion for Enlargement of Time*, any opposition thereto, and for good cause shown, it is by the Court,

ORDERED that the Defendant's motion should be and is hereby granted, and thus, Defendant shall have up to and including May 19, 2006 to file its Answer or other response to Plaintiff's Complaint.

SO ORDERED.

_____        _____
DATE                            UNITED STATES DISTRICT COURT JUDGE

Copies to:
Joe Louie Mendoza
Reg. #05766-010
P.O. Box 34550
Memphis, TN 38184

Wyneva Johnson
United States Attorney's Office for the
 District of Columbia
555 Fourth Street, N.W., Rm. E-4106
Washington, D.C.  20530