IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE LOUIE MENDOZA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DRUG ENFORCEMENT ADMINISTRATION, )<br>)<br>Defendant. )<br>) | Civil Action No: 06-0591 (ESH) |

**DEFENDANT'S MOTION FOR A FURTHER ENLARGEMENT OF TIME**

Pursuant to Rule 6(b), Fed. R. Civ. P., defendant, through counsel, respectfully moves this Court for a further enlargement of time until June 30, 2006, to respond to plaintiff's complaint. Plaintiff could not be contacted for his views on this matter because he is incarcerated.

Defendant will file a dispositive motion in this case. The additional time is requested to allow the Drug Enforcement Administration (DEA) sufficient time to completely process approximately 385 pages of responsive materials and to prepare the *Vaughn* index and declaration in this matter. The DEA individual responsible for preparing the *Vaughn* index recently returned from planned leave and the attorney responsible for providing litigation support, William C. Little, Jr., will be on leave from May 24 through June 4, 2006. See the attached Declaration of William C. Little, Jr.

This request for enlargement of time is made in good faith and is in no way designed to delay the proceedings.

Accordingly, it is respectfully requested that defendant shall have up to and including June 30, 2006, to file its dispositive motion.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
Assistant United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224