IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| **JOE LOUIE MENDOZA,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No: 06-0591 (ESH) |
| **DRUG ENFORCEMENT ADMINISTRATION,** | ) |
| **Defendant.** | ) |

**DECLARATION OF WILLIAM C. LITTLE, JR.**

I, William C. Little, Jr., hereby make the following Declaration under penalty of perjury pursuant to 28 U.S.C. § 1746.

1. I am an Attorney admitted in and a member in good standing in the Bar of the State of Pennsylvania.

2. I am currently employed as a practicing attorney by the United States Department of Justice (DOJ), Drug Enforcement Administration (DEA), where I am assigned to the Office of Chief Counsel, Administrative Law Section.

3. Within the DEA Office of Chief Counsel, I am the attorney responsible for matters involving the Freedom of Information Act (FOIA), 5 U.S.C.§ 552 and Privacy Act (PA), 5 U.S.C. § 552a, in which DEA is an interested party. I have served in this capacity since about April 26, 1999.

4. As an attorney, I have been involved in FOI/PA since 1994. I have received training formal and on the job training in the FOI/PA, and the administration of Federal records and PA Systems of Records

5. I am familiar with the DEA policies, practices and procedures regarding the administration of, and processing and release of information requested under the FOIA and PA, and DEA PA Systems of Records.

6. I am responsible for review, for litigation purposes, of both the initially processed and appealed, FOI/PA requests that are received by DEA, and provide litigation support for matters all arising under the Freedom of Information Act and the Privacy Act (PA) in which DEA is an interested party.

7. In defense of FOI/PA actions, I am responsible for taking remedial action when ordered by courts or when deficiencies in responding to, processing or release of information are noticed in the course of litigation review.

8. I prepare, and review and supervise the preparation of, affidavits, declarations, *Vaughn* indices, responses to discovery motions, interrogatories and other court pleadings, and all necessary legal research on issues arising during the course of the prosecution or defense of FOI/PA actions in which DEA is a party and the cases to which I am assigned.

9. The DEA Freedom of Information Operations Unit (SARO) is the DEA office responsible for responding to, the search for, and the processing and release of information requested under FOIA and PA received by DEA. I am familiar with the policies, practices and procedures SARO employs that relate to the search for, and the processing and release of information responsive to FOIA/PA requests received by DEA.

10. In preparing this declaration, I read and am familiar with the Complaint in the above entitled action, and the records maintained by SARO. The file containing the plaintiff's FOIA

request was DEA FOIA Request No. 02-0779-P. I reviewed the file maintained by SARO and all associated documentation.

11. My review of the records retrieved and processed by SARO indicated that there were 395 pages of responsive material. Of the 395 pages, only 12 pages were completely processed. Of the 12 pages completely processed, portions of eight (8) pages were released to plaintiff and 383 pages were withheld pursuant to FOIA Exemption (b)(7)(A). DEA also noted that (b)(2), (b)(7)(C), (b)(7)(D) and (b)(7)(F) also applied. A copy of the DEA letters dated April 22, 2002 and September 7, 2004, are attached as Exhibit A.

12. None of the withheld 383 pages, however, were processed or reviewed to the extent that (b)(2), (b)(7)(C), (b)(7)(D) and (b)(7)(F) were noted on the pages and the information to which the exemptions were applied. In the administrative process, FOIA Exemption (b)(7)(A) is applied as a blanket exemption and records are not fully processed or reviewed, in the interest of economy of time and effort, until such time as Exemption (b)(7)(A) no longer applies and the records are subject to release. In the event the mater becomes the subject of litigation, under Maydak v. U.S. Dept of Justice, 218 F.3d 760 (D.C. Cir. 2000), the records are then processed and reviewed to apply all applicable exemptions for adjudication by the court.

13. DEA is, at this time, processing and reviewing the 395 pages of responsive materials and preparing the Vaughn index and Declaration in this matter. The DEA employee responsible for the preparation of the *Vaughn* recently returned from leave. The *Vaughn* index in this matter is a page by page description detailing all possible withholding and the basis for the application of the exemption.

14. As the agency attorney assigned to this matter, I am responsible for the review of the processing of the 383 pages, the preparation and review of the *Vaughn* index and the final declaration in this matter. Given the volume of material that is required to be processed and reviewed for purposes of litigation, additional time is required. I will also be on planned leave for the period of May 24 through June 4, 2006.

that the foregoing is true and correct to the best of

vledge

May 18, 2006
DATE

William [signature]
Senior Attorney
Office of Chief Counsel
Administrative Law Section
Drug Enforcement Administration
Washington, D.C. 20537

...



U.S. **Department of Justice**

**Drug** Enforcement Administration

APR 2 2 2002

Wa.thingwn. D.C. 20537

Request Number:   02-0779-P

Subject of Request:   MENDOZA, JOE L.

**FCI BEAUMONT - MEDIUM**
**P.O. BOX 26040**
**BEAUMONT,** TX 77720

DEAR JOE L. MENDOZA:

Your Freedom of Information/Privacy Act (FOI/PA) request seeking information from the Drug Enforcement Administration (DEA) has been processed. The paragraphs checked below apply:

[ ]  A determination has been made to deny your request pursuant to subsections of the Privacy Act and/or Freedom of Information Act referenced at the end of this letter. The exemption number(s) indicated by a mark appearing in the block to the left of the subsection cited constitutes the authority for withholding the deleted material. An attachment to this letter explains these exemptions in more detail.

[ x ] The processing of your request identified certain materials that will be released to you. Portions not released are being withheld pursuant to the Freedom of Information Act, 5 U.S.C. 552, and/or the Privacy Act, 5 U.S.C. 552a. Please refer to the list enclosed with this letter that identifies the authority for withholding the deleted material, which is indicated by a mark appearing in the block next to the exemption. An additional enclosure with this letter explains these exemptions in more detail.

[ x ] The document reproduction fees have been waived and the documents are being forwarded to you with this letter.

[ x ] The rules and regulations of the Drug Enforcement Administration applicable to Freedom of Information Act requests are contained in the Code of Federal Regulations. Title 28, Part 16, as amended. They are published in the Federal Register and are available for inspection by members of the public.

[ ] Certain DEA documents contained information furnished by another government agency. DEA is in the process of consulting with that agency before granting access to the documents in accordance with 28 C.F.R 16.4 and/or 6.42. You will be notified if more material is available for release pending results f om that consultation.

[ ] Certain DEA files contain information that was furnished by another govenuilent agency or agencies. That information and a copy of your request have been referred for a decision as to access and the agency of agencies involved will respond directly to you in accordance with 28 ('.I-'.R 16.4 and/or 16.4'_.

*Exhibit A*

[ x ]  If you wish to appeal any denial of your request, you may do so within sixty (60) days pursuant to 28 C.F.R. 16.9. 'f1tc appeal should be sent to the following address, with the envelope marked "FOIA Appeal":

        Co-Director
        Office of Information and Privacy
        FLAG Building, Suite 570
        Washington, D.C. 20530

[  ]  For further information, see attached comments page.

        Sincerely,

        Kat  Brine L. Myrick
        Chief, Operations Unit
        FOI/Records Management Section
        Drug Enforcement Administration
        Washington, D.C. 20537

| | |
|---|---|
| Number of Pages Withheld: | 389 |
| Number of Paves Released: | 006 |
| Number of Pages Referred to another agency: | 000 |

**APPLICABLE SECTIONS OF THE FREEDOM OF INFORMATION AND/OR PRIVACY ACT:**

| Freedom of Information Act | | | Privacy Act | |
|---|---|---|---|---|
| 5 U.S.C. 552 | | | 5 U.S.C. 552a | |
| [  ] (b)(1) | [  ] (b)(5) | [ x ] (b)(7)(C) | [  ] (d)(5) | [  ] (k)(2) |
| [ x ] (b)(2) | [  ] (b)(6) | [ x ] (b)(7)(D) | [ x ] (j)(2) | [  ] (k)(5) |
| [  ] (b)(3) | [ x ] (b)(7)(A) | [  ] (b)(7)(E) | [  ] (k)(1) | [  ] (k)(6) |
| [  ] (b)(4) | [  ] (b)(7)(B) | [ x ] (b)(7)(F) | | |



**U.S. Department of Justice**

**Drug Enforcement Administration**

**SEP 0 7 2004**

*Washington, D.C. 20537*

Request Number:    02-0779-P        Subject of Request::    MENDOZA. JOE L.

Dear Mr. Mendoza:

    This memorandum is in response to your Freedom of Information/Privacy Act request, the Department of Justice's Office of Information and Privacy has reviewed the documents concerning your request in the files of the Drug Enforcement Administration (DEA).

    Based upon that review, DEA is releasing information that was previously withheld. All of the information that has been excised from the enclosed documents is being withheld, pursuant to the exemptions cited to you in our original determination letter.

                                    Sincerely,

                                    Katherine L. Myrick
                                    Chief, Operations Unit
                                    FOI/Records Management Section

*,d*<3)