IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE LOUIE MENDOZA,           ) | |
|                              ) | |
|    Plaintiff,                ) | |
|                              ) | |
|    v.                        ) | Civil Action No: 06-0591 (ESH) |
|                              ) | |
| DRUG ENFORCEMENT             ) | |
| ADMINISTRATION,              ) | |
|                              ) | |
|    Defendant.                ) | |
|                              ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Further Enlargement of Time, Plaintiff's Opposition thereto and for good cause shown, it this _____ day of _____, 2006.

ORDERED that Defendant's Motion should be, and it hereby is, granted, and that Defendant shall have up to and including June 30, 2006 in which to respond to the complaint.

_____                                _____
DATE                                                UNITED STATES DISTRICT JUDGE


Copies to:

Attorney for Defendant                    Pro Se
Wyneva Johnson                            Joe Louie Mendoza
Assistant United States Attorney          Reg# 05766-010
555 4th Street, N.W., Civil Division      P.O. Box 34550
Washington, D.C. 20530                    Memphis, TN 38184