UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE LOUIE MENDOZA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DRUG ENFORCEMENT ADMINISTRATION, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-0591 (ESH) |

## DEFENDANT'S MOTION FOR A FURTHER ENLARGEMENT OF TIME

Pursuant to Rule 6(b), Fed. R. Civ. P., defendant, through counsel, respectfully moves this Court for a further enlargement of time until July 31, 2006 to respond to plaintiff's Complaint. Plaintiff could not be contacted for his views on this matter because he is incarcerated.

Defendant will file a dispositive motion in this case. The Drug Enforcement Agency (DEA) is currently processing 398 pages of responsive materials, including the preparation of the *Vaughn* Index and Declaration. The DEA has also received a referral of 390 pages of material from the Executive Office of the United States Attorneys (EOUSA). Because of EOUSA's referral, the DEA has been required to compare the 398 pages of responsive materials with the 390 pages referred from EOUSA. The additional time is requested because the receipt of the EOUSA referral has delayed and interfered with the completion of the processing of the 398 pages of responsive material already held by DEA and the preparation of the Declaration and *Vaughn* Index. See the attached Declaration of William C. Little, Jr.

This request for enlargement of time is made in good faith and is in no way designed to

delay the proceedings.

Accordingly, it is respectfully requested that defendant shall have up to and including July 31, 2006, to file its dispositive motion

Respectfully submitted,

/s/ Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

/s/ Wyneva Johnson
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of June, 2006, that a copy of the foregoing was filed and served by First-Class mail; postage prepaid to:

Joe Louie Mendoza
Reg #05776-010
FCI Memphis
P.O. Box 34550
Memphis, TN 38184

WYNEVA JOHNSON
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224