IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE LOUIE MENDOZA,<br><br>    Plaintiff,<br><br>v.<br><br>DRUG ENFORCEMENT ADMINISTRATION,<br><br>    Defendant. | Civil Action No: 06-0591 (ESH) |

### DECLARATION OF WILLIAM C. LITTLE, JR.

I, William C. Little, Jr., hereby make the following Declaration under penalty of perjury pursuant to 28 U.S.C. § 1746.

1. I am an Attorney admitted in and a member in good standing in the Bar of the State of Pennsylvania.

2. This declaration supplements my prior declaration and is submitted in support of a request for additional time.

3. The Drug Enforcement Agency (DEA) is currently processing 398 pages of responsive materials, including the preparation of the *Vaughn* Index and Declaration. The DEA has also received a referral of 390 pages of material from the Executive Office of the United States Attorneys (EOUSA).

4. Because of the EOUSA referral, the DEA has been required to compare the 398 pages of responsive materials with the 390 pages of material referred from EOUSA.

5. As the agency attorney assigned to this matter, I am responsible for the coordination of the review and the processing of the additional 390 pages. The receipt of the EOUSA referral has delayed and interfered with the completion of the processing of the 398 pages of responsive material already held by DEA and the preparation of the Declaration and *Vaughn* index.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_June 23, 2006_
DATE

William C. Little, Jr.
Senior Attorney
Office of Chief Counsel
Administrative Law Section
Drug Enforcement Administration
Washington, D.C. 20537