UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE LOUIE MENDOZA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0591 (ESH) |
| ) | |
| DRUG ENFORCEMENT ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

UPON CONSIDERATION of Defendant's Motion for Further Enlargement of Time, Plaintiff's Opposition thereto, and for good cause shown, it this ___ day of _____, 2006.

ORDERED that Defendant's Motion should be, and it hereby is, granted, and that Defendant shall have up to and including July 31, 2006 in which to respond to the Complaint.

_____                    _____
DATE                                                                     UNITED STATES DISTRICT JUDGE

Copies

<u>Attorney for Defendant</u>
Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W., Civil Division
Washington, D.C. 20530

<u>Pro Se</u>
Joe Louie Mendoza
Reg #05766-010
FCI Memphis
P.O. Box 34550
Memphis, TN 38184