

**RECEIVED**
JUL 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

JOE LOUIE MENDOZA,
    Plaintiff,

Vs                                        Civil Action No. 06-0591(ESH)

DRUG ENFORCEMENT ADMINISTRATION,
    Defendant.

### NOTICE OF CHANGE OF ADDRESS

Comes now Joe Louie Mendoza, <u>Pro Se</u> to notify this court and the court clerk the he is no longer at FCI Memphis, P.O. Box 34550, Memphis, Tn 38184. Plaintiff's new mailing address is FCI Herlong , P.O. Box 800, Herlong, Ca 96113.

                                            Respectfully Submitted

                                            Joe Louie Mendoza

    I Joe Louie Mendoza, hereby certify that a true and correct copy of this Notice of Change of Address has been mailed postage prepaid on this 6 day of July 2006, to the following:

                United States Attorney
                U.S. Attorney's Office for the
                District of Columbia, Civil Division
                555 4th Street, N.W., Rm E-4106
                Washington, D.C. 20530

                                            Joe Louie Mendoza