**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOE LOUIE MENDOZA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. 06-0591 (ESH) |
| | ) |
| DRUG ENFORCEMENT ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

## ORDER

Upon consideration of defendant Drug Enforcement Administration's ("DEA") Motion

for Summary Judgment, any Opposition thereto, and having considered the entire record herein,

and concluded that no agency records have been improperly withheld, it is, this _____ day of

_____, 2006, hereby,

ORDERED, that Defendant's motion be, and hereby GRANTED, and it is further,

ORDERED, that judgment be, and hereby is, entered in favor of the Drug Enforcement

Administration.

_____          _____
Date                                          United States District Judge

Copies to:

Attorney for Defendant
Wyneva Johnson
Assistant United States Attorney
Civil Division
Judiciary Center Bldg.
555 4th Street, N.W.
Washington, D.C. 20530

*Pro Se*
Joe Louie Mendoza
Reg #05776-010
F.C.I. Memphis.
P.O. Box 34550
Memphis, TN 38184