UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOE L. MENDOZA,<br><br>    Plaintiff,<br><br>v.<br><br>DRUG ENFORCEMENT ADMINISTRATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-0591 (ESH)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING OF DEFENDANT'S EXHIBITS A-U**

  Defendant Drug Enforcement Administration hereby advises the Court that it will file Exhibits A-U in support of Defendant's Motion for Summary Judgement in the Clerk's office in CD-ROM format. A paper copy of Exhibits A-U was served on plaintiff.

        Respectfully submitted,

         /s/
        KENNETH L. WAINSTEIN , D.C. Bar # 451058
        United States Attorney

         /s/
        RUDOLPH CONTRERAS, D.C. Bar # 434122
        Assistant United States Attorney

         /s/
        WYNEVA JOHNSON, D.C. Bar # 278515
        Assistant United States Attorney
        Civil Division
        555 Fourth St., N.W.
        Washington, D.C.  20530

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July 2006, I caused the foregoing Notice of Filing in the above captioned case to be served on plaintiff, postage prepaid, addressed as follows:

Joe Louie Mendoza
R05776-010
Memphis Federal Correctional Institution
P.O. Box 34550
Memphis, TN 38184

                                                  _____
                                                  WYNEVA JOHNSON
                                                  Assistant United States Attorney
                                                  Civil Division
                                                  555 Fourth St., N.W.
                                                  Washington, D.C.  20530