RECEIVED
AUG 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

JOE LOUIE MENDOZA,
    Plaintiff,

Vs                          Civil Action No. 06-0591(ESH)

DRUG ENFORCEMENT ADMINISTRATION,
    Defendant.

## MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT.

---

    Comes now Plaintiff, Joe Louie Mendoza, <u>Pro Se</u> as his own attorney on behalf of himself <u>sui juris</u> and ask this court for an enlargement of time to respond to defendant's motion for summary judgement. This motion is made for the following reason.

    Plaintiff received this Honorable Court's order to respond to defendant's motion for summary judgement about the first week of August. However, plaintiff can not respond to defendant's motion for summary judgement for the reason that plaintiff has not received a copy of that motion for summary judgement, that the defendant has filed with this Honorable Court. Plaintiff sent a letter requesting a copy of that motion to defendant's attorney, but pliantiff has not yet received a copy of that motion. (A copy of the letter requesting a copy of the motion for summary judgement is included as exhibit-A.)

Therefore, plaintiff ask this Honorable Court for an enlargement of time untill September 30, 2006, in order for plaintiff to receive a copy of the motion for summary judgement from the defendant's attorney. So that plaintiff can review it and properly respond to this motion as this Honorable Court has ordered plaintiff to do so.

Respectfully Submitted

*Joe Louie Mendoza*
Joe Louie Mendoza

I Joe Louie Mendoza, hereby certify that a true and correct copy of this foregoing instrument has been mailed postage prepaid on this 21 day of August 2006, to the following:

Wyneva Johnson
Assistant United States Attorney
U.S Attorney's Office for the
District of Columbia, Civil Division
555 4th Street, N.W., Rm E-4106
Washington, D.C. 20530

*Joe Louie Mendoza*
Joe Louie Mendoza

Joe Louie Mendoza
Reg#05776-010
FCI Herlong
Tahoe-B
P.O. Box 800
Herlong, Ca 06113

August 14, 2006

Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W., Civil Division
Washington D.C. 20530

Re: Civil Action No. 06-0591(ESH)

Dear Wyneva Johnson

    The reason that I'm writing you is to inform you that I have not received any motions or response from your office. The last motion or response that I received from your office was the motion for a Further Enlargement of Time Till June 30, 2006, which was mailed to me on May 19, 2006.

    I would also like to inform you that on June 12, 2006, I was transferred to another institution, but I didn't get to that institution untill June 30, 2006. On July 6, 2006, I sent a notice of change of address to the district court in Washington and a copy to this office. (A copy of that notice of change of address is included with this letter.)

    Therefore, could you send me what you have filed after the motion for a Further Enlargement of Time Till June 30, 2006. Please take note that I been given till August 31, 2006 to reply to your motin for summary judgement. However, I have not received anything from your office since the motion that was mail to me on May 19, 2006, so could you send me copies of what you have file since that motion.

    My new mailing address is:

        Joe Louie Mendoza
        Reg#05776-010
        FCI Herlong
        Tahoe-B
        P.O. Box 800
        Herlong, Ca 96113

    I would also like to thank you for your time and any assistance that you can provide me with.

Sincerely, Joe Louie Mendoza
Joe Louie Mendoza

CC File

Exhibit-A