UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE LOUIE MENDOZA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0591 (ESH) |
| ) | |
| DRUG ENFORCEMENT ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF FILING

Defendant Drug Enforcement Administration respectfully submits this Notice of Filing and advises the Court that Defendant's Motion for Summary Judgement and Exhibits were forwarded to an incorrect address for plaintiff.

The documents were forwarded for the second time, on this date, by next day delivery, to the following address for plaintiff: Reg #05776-010, FCI Herlong, P.O. Box 800, Herlong, California 96113.

Defendant regrets the inconvenience to the Court and to plaintiff.

Respectfully submitted,

*/s/ Kenneth L. Wainstein*
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

*/s/ Rudolph Contreras*
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

*/s/ Wyneva Johnson*
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Room E-4106
Washington, D.C. 20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of August, 2006, that a copy of the foregoing was filed and served by next day delivery:

Joe Louie Mendoza
Reg #05776-010
FCI Herlong
P.O. Box 800
Herlong, CA 96113

/s/ Wyneva Johnson
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Room E-4106
Washington, D.C. 20530
(202) 514-7224