IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RECEIVED
SEP 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOE LOUIE MENDOZA,
    Plaintiff,

Vs.                        Civil Action No. 06-0591(ESH)

DRUG ENFORCEMENT ADMINISTRATION,
    Defendant.

**MOTION DIRECTING DEFENDANT TO PROVIDE PLAINTIFF WITH A COPY OF DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT.**

---

Comes now Plaintiff, Joe Louie Mendoza, <u>Pro Se</u> as his own attorney on behalf of himself <u>sur juris</u> and ask this Honorable Court for a motion directing defendant to provide plaintiff with a copy of defendant's motion for summary judgement.

Plaintiff filed a motion for an enlargement of time to respond to defendant's motion for summary judgement, on the basis that plaintiff had not yet received a copy of defendant's motion for summary judgement. Therefore, plaintiff could not properly respond to this Honorable court's order to respond to defendant's motion for summary judgement by August 31,2006, and asked this Honorable Court for an enlargement of time intill September 30,2006, which this Honorable Court granted.

Plaintiff has not received a copy of defendant's motion for summary judgement and more than likely will not be able to respond by Setember 30,2006, due to the fact that plaintiff does not have a copy of defendant's motion for summary judgement.

Therefore plaintiff ask this Honorable Court to order defendant to provide a copy of the motion for summary judgement to plaintiff so that plaintiff can respond to defendant's motion for summary judgement.

Respectfully submitted

Joe Louie Mendoza

I Joe Louie Mendoza, hereby certify that a true and correct copy of this foregoing instrument has been mailed postage prepaid on this 11 day of September 2006, to the following:

Wyneva Johnson
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia, Civil Division
555 4th Street, N.W., Rm E-4106
Washington, D.C. 20530

Joe Louie Mendoza