IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RECEIVED
SEP 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOE LOUIE MENDOZA,
    Plaintiff,

Vs.                      Civil Action No. 06-0591(ESH)

DRUG ENFORCEMENT ADMINISTRATION,
    Defendant.

## MOTION TO WITHDRAW, MOTION DIRECTING DEFENDANT TO PROVIDE PLAINTIFF WITH A COPY OF DEENDANT'S MOTION FOR SUMMARY JUDGEMENT.

Comes now, Joe Louie Mendoza, *pro se* as his own attorney on behalf of himself *sur juris* and ask this Honorable Court to withdraw plaintiff's motion that he filed as a motion directing defendant to provide plaintiff with a copy of defendant's motion for summary judgement.

On September 20, 2006, plaintiff received a copy of defendant's motion for summary judgement. Therefore, there is no need for the court to order defendant to provide plaintiff with a copy of that motion any longer.

Therefore, plaintiff ask this Honorable Court to withdraw Plaintiff's motion directing defendant to provide plaintiff with a copy of defendant's motion for summary judgement.

                                      Respectfully submitted

                                      *Joe Louie Mendoza*
                                      Joe Louie Mendoza

## Certificate of Service

I Joe Louie Mendoza, hereby certify that a true and correct copy of this foregoing instrument has been mailed postage prepaid on this 25 day of September 2006, to the followinf:

Wyneva Johnson
Assistant United states Attorney
U.S. Attorney's Office for the
District of Columbia, Civil Division
555 4th Street, N.W., Rm E-4106
Washington, D.C. 20530

*Joe Louie Mendoza*
Joe Louie Mendoza