IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RECEIVED
SEP 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOE LOUIE MENDOZA,
    Plaintiff,

Vs.                              Civil Action No. 06-0591(ESH)

DRUG ENFORCEMENT ADMINISTRATION,
    Defendant.

## MOTION FOR AN EXTENSION OF TIME TO REPLY TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT.

Comes now, Joe Louie Mendoza, Pro Se as his own attorney on behalf of himself sur juris and ask this court for an extension of time to reply to defendant's Motion for Summary Judgement. This motion is made for the following reason.

On September 20,2006, plaintiff finally received defendant's motion for summary judgement. The reason for this is that once again defendant sent the motion for summary judgement to an incorrect address. In defendant's notice of filing it states that the documents were forwarded for the second time on August 30,2006. by next day delivery to the following address for plaintiff: Reg#05776-010, FCI Herlong, P.O. Box 800, Herlong, Ca 96113. However, the documents were not mailed to that address as stated by defendant in his notice of filing, the documents were sent to an address of Federal Correctional Institution, 741-925 Access Road. A-25, Herlong, Ca 96113, (included as exhibit A is the mailing label from Fed-Ex next day delivery).

Due to the fact that the documents were mailed to the 741-925 Access Road A-25 address and not to the P.O. Box 800, Herlong, Ca 96113 address was the reason for receiving them on September 20,2006. Plaintiff has also included a rejection notice from this institution dated September 19,2006, to substantiate that plaintiff did in fact received defendant's motion for summary judgement on September 20,2006, (as exhibit B).

Therefore, plaintiff ask this Honorable Court for an extension of time in which to reply to defendant's Motion for Summary Judgement untill October 30,2006 or as this Honorable Court deems appropriate.

Respectfully submitted

*Joe Louie Mendoza*
Joe Louie Mendoza

## Certificate of Service

I Joe Louie Mendoza, hereby certify that a true and correct copy of this foregoing instrument has been mailed postage prepaid on this 25 day of September 2006, to the following:

Wyneva Johnson
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia, Civil Division
555 4th Street, N.W., Rm E-4106
Washington, D.C. 20530

*Joe Louie Mendoza*
Joe Louie Mendoza