# FedEx US Airbill

**FedEx Tracking Number:** 8487 9725 3074

**Recipient's Copy**

## 1 From
- Date: 8/30/06
- FedEx Tracking Number: 848797253074
- Sender's Name: Wyneva Johnson
- Phone: 202 514-7???
- Company: USDOJ/US ATTY OFC
- Address: 555 4TH ST NW
- City: WASHINGTON  State: DC  ZIP: 20530-0001

## 2 Your Internal Billing Reference

## 3 To
- Recipient's Name: Joe Louie Mendoza
- Phone: 530 827-8000
- Company: R # 05776-0110
- Recipient's Address: Federal Correctional Institution
- Address: 741-925 Access Road A-25
- City: Herlong  State: CA  ZIP: 96113

## 4a Express Package Service
- [X] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

## 4b Express Freight Service
- [X] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

## 5 Packaging
- [ ] FedEx Envelope
- [ ] FedEx Pak
- [X] FedEx Box
- [ ] FedEx Tube
- [ ] Other

## 6 Special Handling
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- [X] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

## 7 Payment  Bill to:
- [X] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

## 8 Sign to Authorize Delivery Without a Signature

0284144133

466

*Exhibit - A*