BP-S328.058 **STAMPS, NEGOTIABLE INSTRUMENT & OTHER RETURNED TO SENDER** CDFRM
APR 94
**U.S. DEPARTMENT OF JUSTICE**                                      **FEDERAL BUREAU OF PRISONS**

| TO: (Sender - See Return Address) | FROM: (Institution) | |
|---|---|---|
| United States Dept. Of Justice<br>555 4th Street NW<br>Washington DC<br>20530-0001 | F.C.I Herlong<br>P.O. Box 900<br>Herlong, CA 96113 | |

| INMATE'S NAME:<br><br>Joe Mendoza<br>Unit: Tah-B | REGISTER NUMBER:<br><br>05776-010 | DATE:<br><br>September 19,<br>2006 |
|---|---|---|

Material Returned

Three ring binders are not authorized for inmates.

| Printed or Typed Name of Staff<br>Rejecting Material<br><br>R. Larson | Written Signature of Staff<br>rejecting material<br><br>*(signature)* |
|---|---|

Record Copy - Addressee (with material); Copy - Inmate; Copy - Mail Room
File; Copy - Central File.

(This form may be replicated via WP)        Replaces BP-328(58) of JAN 91
Inmate Copy

If you make any changes, save them and overwrite this file.

*Exhibit- -B*