IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE LOUIE MENDOZA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 06-0591 (ESH) |
| ) | |
| DRUG ENFORCEMENT ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b), Fed. R. Civ. P., defendant, through counsel, respectfully moves this Court for an enlargement of time until November 28, 2006, to respond to Plaintiff's Opposition to Defendant's Motion for Summary Judgment. Plaintiff was not contacted for his views on this matter because he is incarcerated.

The additional time is requested so that counsel may complete the discussions with the agency representative, William Little. Mr. Little is preparing a Supplemental Declaration as support for Defendant's Reply.

This request for enlargement of time is made in good faith and is in no way designed to delay the proceedings.

Accordingly, it is respectfully requested that defendant shall have up to and including November 28, 2006, to file its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
Assistant United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____/s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this _____ day of November, 2006, that a copy of the foregoing was filed and served by First-Class mail; postage prepaid to:

Joe Louie Mendoza

R05776-010
HERLONG FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 800
Herlong, CA 96113
US

    /s/
WYNEVA JOHNSON
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224