# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE LOUIE MENDOZA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 06-0591 (ESH) |
| ) | |
| DRUG ENFORCEMENT ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

UPON CONSIDERATION of Defendant's Motion for an Enlargement of Time, any Opposition thereto and for good cause shown, it this _____ day of _____, 2006.

ORDERED that Defendant's Motion should be, and it hereby is, granted, and that Defendant shall have up to and including November 28, 2006, to respond to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

_____                              _____
DATE                                                UNITED STATES DISTRICT JUDGE


Copies to:

Attorney for Defendant
Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W., Civil Division
Washington, D.C. 20530

Pro Se
Joe Louie Mendoza
R05776-010
HERLONG FEDERAL CORRECTIONAL
 INSTITUTION
P.O. Box 800
Herlong, CA 96113