**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **JOE LOUIE MENDOZA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No: 06-0591 (ESH)** |
| | ) | |
| **DRUG ENFORCEMENT** | ) | |
| **ADMINISTRATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Further Enlargement of Time, and

for good cause shown, it this _____ day of _____, 2006.

ORDERED that Defendant's Motion should be, and it hereby is, granted, and that

Defendant shall have up to and including December 1, 2006 in which to file its Reply to

Plaintiff's Opposition to Defendant's Motion for Summary Judgment.


_____
DATE

_____
UNITED STATES DISTRICT JUDGE


Copies to:

| Attorney for Defendant | Pro Se |
|---|---|
| Wyneva Johnson | Joe Louie Mendoza |
| Assistant United States Attorney | Reg# 05766-010 |
| 555 4th Street, N.W., Civil Division | FCI Herlong |
| Washington, D.C. 20530 | Herlong, CA 96113 |