UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE LOUIE MENDOZA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DRUG ENFORCEMENT ADMINISTRATION, )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. 06-0591 (ESH) |

**DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

This case arises under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and the Privacy Act of 1974 (PA), 5 U.S.C. § 552a, and pertains to the processing of plaintiff's FOIA/Privacy Act request to the Drug Enforcement Agency (DEA). Defendant moved for Summary Judgment and argued that Defendant had properly withheld information in accordance with the appropriate exemptions, that the DEA released all non-exempt documents or portions thereof and made every effort to provide plaintiff with all reasonably segregated portions of releasable material. Defendant has complied with the requirements of FOIA in responding to plaintiff's request. Accordingly, plaintiff's claims against defendant DEA should be summarily dismissed.

Plaintiff has filed an Opposition and attached Exhibits A,B,C, D, E and F to his Opposition. Plaintiff alleges that "the defendant is still withholding information that plaintiff is entitled to under the Freedom of Information Act." Opposition, p 1[1].

---

[1] Plaintiff also contends that he did not receive page 395 in the documents originally released to him. Defendant has forwarded an additional copy of page 395 to plaintiff. See Supplemental Declaration of William C. Little, Jr., ¶ 8.

The Exhibits A, B, C, D, E and F attached to Plaintiff's Opposition were not attached to Plaintiff's initial requests or his appeal to the Department of Justice, Office of Information and Privacy, nor were the documents released by DEA, pursuant to the FOIA/PA. Supplemental Dec. of William C. Little, ¶ 3.

The DEA 7s of which plaintiff complains were unlawfully withheld by the DEA are attached to his Opposition. Id. Although plaintiff may request these documents under FOIA, defendant has properly withheld these documents pursuant to FOIA exemptions (b)2, b(7)(A), b(7)(C) and b(7)(F). See Defendant's Memorandum of Points and Authorities, pp 14-15, 17-24, 31-32.

In addition, only three of the plaintiff's exhibits correspond to the four DEA 7s withheld during the DEA search. Id., ¶ 4. Plaintiff has attached an additional DEA 7 report, Exhibit D, to his Opposition. Id., ¶ 5. That DEA 7, however, was not located during the search for the DEA investigative file related to Plaintiff. Id. Indeed, unlike the other DEA 7s attached to his Opposition, Plaintiff's Exhibit D does not contain a Program Code in Block 25. Id.,¶ 7. The file number has also been redacted. Thus, DEA was unable to locate this document during its search. Based on the information provided by plaintiff, DEA remains unable to locate that document. Supp. Decl., ¶ 6, 7.

Plaintiff has presented no arguments which have not been addressed by defendant in its Motion for Summary Judgment and summary judgment should be granted for defendant.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
Assistant United States Attorney

___/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/
_____
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney

**CERTIFICATE OF SERVICE**]

I HEREBY CERTIFY that on this _____ day of December 2006, that a copy of the foregoing was filed and served by First-Class mail; postage prepaid to:

Joe Louie Mendoza
R05776-010
HERLONG FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 800
Herlong, CA 96113
US

                                                _____
WYNEVA JOHNSON
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224

.