

**U. S. Department of Justice**
Drug Enforcement Administration
Office of Chief Counsel
Administrative Law Section

*www.dea.gov*

NOV 1 7 2006

Mr. Joe L. Mendoza
#05776-010
FCI Herlong
P.O. Box Tahoe - B
Herlong, CA 96113

Re: *Joe L. Mendoza  v. Drug Enforcement Administration,*  CA 06-0591
    DEA FOIA Request No. 02-0779-P

Dear  Mr. Mendoza:

Enclosed please find portions of page 395 which, in *Plaintiff's Opposing Motion on Defendant's Motion for Summary Judgment* in the above titled matter, you alleged was not released to you; however, our records indicate otherwise.  This page was previously released to you by letter dated April 22, 2002, as part of a six (6) page release.  DEA continues to withhold information pursuant to FOIA exemptions (b)(2),  (b)(7)(C), and (b)(7)(F).

Sincerely,

William C. Little, Jr.
Senior Attorney
Administrative Law Section