UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOE LOUIE MENDOZA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DRUG ENFORCEMENT<br>ADMINISTRATION,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 06-0591 (ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

In accordance with the Memorandum Opinion issued this 20th day of December, 2006, it is hereby

**ORDERED** that defendant's motion for summary judgment [Dkt. # 11] is **GRANTED**; it is

**FURTHER ORDERED** that plaintiff's motion for award of costs [Dkt. # 19] is **DENIED**; and it is

**FURTHER ORDERED** that judgment is entered in favor of defendant.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　ELLEN SEGAL HUVELLE
　　　　　　　　　　　　　　　United States District Judge

Date: December 20, 2006