UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF COLUMBIA

RECEIVED

JAN 0 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOE LOUIE MENDOZA,
    Plaintiff,

Vs.                                       Civil Action No. 06-0591(ESH)

DRUG ENFORCEMENT ADMINISTRATION,
    Defendant.

### NOTICE OF APPEAL

Comes now, Joe Louie Mendoza, Pro Se and respectfully ask this court for a notice of appeal. On December 20, 2006, this court entered it's order granting defendant's motin for summary judgement and denied plaintiff's motion for award of costs.

Therefore, plaintiff will ask this court for a notice of appeal. So that plaintiff may appeal those two issues.

                                            Respectfully submitted

                                            /s/ Joe Louie Mendoza
                                            Joe Louie Mendoza
                                            Reg#05776-010
                                            P.O. Box 800
                                            Herlong, Ca 96113

## Certificate of Service

    I Joe Louie Mendoza, hereby certify that a true and correct copy of this foregoing notice of appeal has been mailed postage prepaid on this 04 day of January 2007, to the following:

    Wyneva Johnson
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia, Civil Division
555 4th Street, N.W., Rm E-4106
Washington, D.C. 20530

_____
Joe Louie Mendoza