| Inmate Inquiry | | | | 🖨 PRINT |
|---|---|---|---|---|
| Inmate Reg #: | 05776010 | Current Institution: | Herlong FCI | |
| Inmate Name: | MENDOZA, JOE | Housing Unit: | HER-I | |
| Report Date: | 02/13/2007 | Living Quarters: | 103-213L | |
| Report Time: | 8:10:18 AM | | | |

| General Information | Account Balances | Commissary History | Commissary Restrictions | Comments |

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 2559 |
| PAC #: | |
| FRP Participation Status: | Participating |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 1/15/2004 |
| Local Account Activation Date: | 7/1/2006 3:36:37 AM |
| Sort Codes: | |
| Last Account Update: | 2/7/2007 10:12:07 AM |
| Account Status: | Active |
| Phone Balance: | $8.29 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |
| Monthly | $25.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $63.95 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $63.95 |
| National 6 Months Deposits: | $654.60   ÷ x 6 = $109.00 |
| National 6 Months Withdrawals: | $636.48 |
| National 6 Months Avg Daily Balance: | $71.47 |
| Local Max. Balance - Prev. 30 Days: | $100.17 |
| Average Balance - Prev. 30 Days: | $68.86 |

## Commissary History

**Purchases**

Federal Bureau of Prisons
Federal Correctional Institution
Post Office Box 900
Herlong, California 96113-0900



## Deposits

| | |
|---|---|
| Inmate Reg #: | 05776010 |
| Inmate Name: | MENDOZA, JOE |
| Report Date: | 02/13/2007 |
| Report Time: | 8:40:42 AM |

| | |
|---|---|
| Current Institution: | Herlong FCI |
| Housing Unit: | HER-1 |
| Living Quarters: | I03-213L |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 2/7/2007 10:12:07 AM | HER6121 | FRP Monthly Pymt | ($25.00) | ISG04035 | | $63.95 |
| 2/7/2007 10:11:05 AM | HER6121 | Payroll - IPP | $22.08 | GIPP0107 | | $88.95 |
| 1/23/2007 11:00:03 AM | HER5397 | Sales | ($6.00) | 35 | | $66.87 |
| 1/16/2007 6:00:03 PM | HER7224 | Sales | ($27.30) | 47 | | $72.87 |
| 1/9/2007 4:39:49 PM | AMService | Phone Withdrawal | ($19.00) | ITS0109 | | $100.17 |
| 1/8/2007 5:18:58 PM | HER7722 | Payroll - IPP | $18.48 | GIPP1206 | | $119.17 |
| 12/31/2006 11:55:51 AM | AMService | Phone Withdrawal | ($10.00) | ITS1231 | | $100.69 |
| 12/28/2006 8:06:35 PM | AMService | Phone Withdrawal | ($20.00) | ITS1228 | | $110.69 |
| 12/27/2006 5:01:01 AM | AMSERVICE | Lockbox - CD | $50.00 | 70173401 | | $130.69 |
| 12/24/2006 3:00:16 PM | AMService | Phone Withdrawal | ($7.00) | ITS1224 | | $80.69 |
| 12/22/2006 5:01:27 AM | AMSERVICE | Lockbox - CD | $50.00 | 70173201 | | $87.69 |
| 12/19/2006 5:41:28 PM | HER7224 | Sales | ($3.10) | 31 | | $37.69 |
| 12/19/2006 5:40:03 PM | HER7224 | Sales | ($24.10) | 30 | | $40.79 |
| 12/10/2006 1:24:16 PM | AMService | Phone Withdrawal | ($10.00) | ITS1210 | | $64.89 |
| 12/7/2006 9:38:32 AM | HER7722 | FRP Quarterly Pymt | ($25.00) | ISG04024 | | $74.89 |
| 12/7/2006 9:33:12 AM | HER7722 | Payroll - IPP | $19.32 | GIPP1106 | | $99.89 |
| 11/18/2006 7:03:49 PM | AMService | Phone Withdrawal | ($17.00) | ITS1118 | | $80.57 |
| 11/9/2006 7:19:36 AM | HER7722 | Payroll - IPP | $6.00 | GIPP1006 | | $97.57 |
| 11/9/2006 7:19:20 AM | HER7722 | Payroll - IPP | $17.64 | GIPP1006 | | $91.57 |
| 11/7/2006 6:15:09 PM | HER2067 | Sales | ($8.25) | 42 | | $73.93 |
| 10/31/2006 6:23:54 PM | HER7224 | Sales | ($19.45) | 56 | | $82.18 |
| 10/24/2006 6:43:15 PM | HER2067 | Sales | ($13.90) | 53 | | $101.63 |
| 10/20/2006 7:53:46 PM | AMService | Phone Withdrawal | ($19.00) | ITS1020 | | $115.53 |
| 10/17/2006 5:28:35 PM | HER2067 | Sales | $0.21 | 13 | | $134.53 |
| 10/17/2006 5:27:19 PM | HER2067 | Sales | $1.31 | 12 | | $134.32 |
| 10/17/2006 5:22:14 PM | HER2067 | Sales | ($56.65) | 10 | | $133.01 |
| 10/17/2006 5:14:02 AM | AMSERVICE | Lockbox - CD | $100.00 | 70168401 | | $189.66 |
| 10/12/2006 6:56:55 PM | HER2067 | Sales | ($1.30) | 56 | | $89.66 |
| 10/12/2006 6:56:00 PM | HER2067 | Sales | ($37.35) | 55 | | $90.96 |
| 10/10/2006 7:31:23 AM | HER6121 | Payroll - IPP | $9.24 | GIPP0906 | | $128.31 |
| 10/10/2006 7:31:08 AM | HER6121 | Payroll - IPP | $27.48 | GIPP0906 | | $119.07 |
| 10/8/2006 9:16:57 AM | AMService | Phone Withdrawal | ($10.00) | ITS1008 | | $91.59 |
| 10/4/2006 7:00:09 PM | HER7224 | Sales | ($33.75) | 62 | | $101.59 |
| 10/2/2006 5:09:45 AM | AMSERVICE | Lockbox - CD | $100.00 | 70167403 | | $135.34 |
| 9/13/2006 6:21:56 PM | HER2067 | Sales | ($179.90) | 48 | | $35.34 |
| 9/12/2006 9:19:14 AM | HER6121 | Payroll - IPP | $9.36 | FIPP0906 | | $215.24 |
| 9/12/2006 5:33:18 AM | AMSERVICE | Lockbox - CD | $200.00 | 70166001 | | $205.88 |
| 9/8/2006 7:55:39 AM | HER7722 | FRP Quarterly Pymt | $0.00 | ISF04061 | | $5.88 |
| 9/7/2006 6:32:19 PM | HER7224 | Sales | ($1.50) | 46 | | $5.88 |
| 9/7/2006 6:31:32 PM | HER7224 | Sales | ($23.95) | 45 | | $7.38 |
| 9/1/2006 5:37:46 AM | AMSERVICE | Lockbox - CD | $25.00 | 70165401 | | $31.33 |
| 8/30/2006 6:08:00 PM | HER7224 | Sales | ($14.90) | 36 | | $6.33 |
| 8/16/2006 7:00:22 PM | HER2067 | Sales | ($24.60) | 57 | | $21.23 |
| 8/7/2006 2:43:25 PM | HER0001 | Payroll - IPP | $5.40 | FIPP0706 | | $45.83 |
| 7/28/2006 10:38:07 PM | AMService | Phone Withdrawal | ($25.00) | ITS0728 | | $40.43 |
| 7/26/2006 6:34:43 PM | HER7224 | Sales | ($4.85) | 45 | | $65.43 |
| 7/26/2006 6:33:49 PM | HER7224 | Sales | ($16.04) | 44 | | $70.28 |
| 7/22/2006 5:01:07 AM | AMSERVICE | Lockbox - CD | $50.00 | 70162501 | | $86.32 |
| 7/19/2006 5:54:10 PM | HER7224 | Sales | ($3.15) | 35 | | $36.32 |
| 7/19/2006 5:52:03 PM | HER7224 | Sales | ($61.39) | 34 | | $39.47 |

1 2

**Federal Bureau of Prisons**
**Federal Correctional Institution**
Post Office Box 900
Herlong, California 96113-0900

# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 07-5006**  **September Term, 2006**

*06cv00591*

*Filed On:*

Joe Louie Mendoza,
     Appellant

v.

Drug Enforcement Administration,
     Appellee


UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED  JAN 2 3 2007
CLERK

## ORDER

Because appellant has not paid the appellate docketing fee in this case, it is

**ORDERED**, on the court's own motion, that by February 22, 2007, appellant either pay the $455.00 appellate docketing and filing fees to the Clerk of the District Court, see Fed. R. App. P. 3(e); 28 U.S.C. § 1917, or file a motion in district court for leave to proceed on appeal in forma pauperis, see Fed. R. App. P. 24(a), and **submit to this court a completed Consent to Collection of Fees and Prisoner Trust Account Report**. See Attachments. **The district court's March 30, 2006, authorization to proceed in that court in forma pauperis is effective only for proceedings in the district court and does not carry over to proceedings in this court.** See U.S.C. § 1915(a); Fed. R. App. P. 24(a)(3). In the event the district court denies leave to proceed on appeal in forma pauperis, appellant may renew that request in this court. See Fed. R. App. P. 24(a)(5).

A request for appointment of counsel does not relieve appellant of the obligation to file responses to any motion filed by appellee or to comply with any order issued by the court, including a briefing schedule. Appellant's failure to respond to a dispositive motion or comply with any order of the court, including this order, will result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to appellant by whatever means necessary to ensure receipt.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/ Elizabeth V. Scott
Elizabeth V. Scott
Deputy Clerk

Attachments:
   (1)   Motion for Leave to Proceed on Appeal In Forma Pauperis
   (2)   Consent to Collection of Fees
   (3)   Prisoner Trust Account Report
   (4)   Prison Litigation Reform Act Informational Letter

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

Joe Louie Mendoza                    USCA No. _____

v.

Drug Enforcement Administration      USDC No. 06 CV 00591

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, Joe Louie Mendoza, declare that I am the ☒ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached. I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.*)

Signature  Joe Louie Mendoza
Name of *Pro Se* Litigant (PRINT)  Joe Louie Mendoza
Address  P.O. Box 800, Herlong, CA 96113

Submit original with a certificate of service to:

> Clerk
> U.S. Court of Appeals for the D.C. Circuit
> 333 Constitution Avenue, N.W.
> Rm. 5423, E. Barrett Prettyman U.S. Courthouse
> Washington, DC 20001

**Affidavit Accompanying Motion for Leave
to Proceed on Appeal in Forma Pauperis**

United States Court of Appeals for the
District of Columbia Circuit

Joe Louie Mendoza

Case No. 06CV00591

v.

Drug Enforcement Administration

........................................................................................

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress.
I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: Joe Louie Mendoza

Date: 2-12-07

........................................................................................

My issues on appeal are: granting defendant's Motion for Summary Judgment, and the denial of the Motion for Award of costs.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ | $ 0 | $ |
| Self-employment | $ 0 | $ | $ 0 | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ 0 | $ |
| Interest and dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 0 | $ | $ 0 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child support | $ 0 | $ | $ 0 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ 0 | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ 0 | $ |
| Unemployment payments | $ 0 | $ | $ 0 | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ 0 | $ |
| Other (specify): _____ | $ 0 | $ | $ 0 | $ |
| Total monthly income: | $ 0 | $ | $ 0 | $ |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.) Not employed due to being incarcerated for the past 8 years.

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.) do not have a spouse

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

4. How much cash do you and your spouse have? $_____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| _____ | ∅ | $ ∅ | $ _____ |
| _____ | ∅ | $ ∅ | $ _____ |
| _____ | ∅ | $ ∅ | $ _____ |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, that you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value)          Other real estate (Value)     Motor vehicle # 1 _____ (Value)
___∅___               ___∅___                        Make & year: _____
___∅___               ___∅___                        Model: _____
___∅___               ___∅___                        Registration #. _____

Motor vehicle #2 _____ (Value)    Other Assets (Value)     Other Assets (Value)
Make & year _____                  _____                _____
Model _____                        _____                _____
Registration #: _____              _____                _____

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| ∅ | ∅ | _____ |
| ∅ | ∅ | _____ |
| ∅ | ∅ | _____ |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| ∅ | ∅ | ∅ |
| ∅ | ∅ | ∅ |
| ∅ | ∅ | ∅ |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 0 | $ |
| Are real-estate taxes included? | [ ] Yes  [ ] No | |
| Is property insurance included? | [ ] Yes  [ ] No | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ |
| Home maintenance (repairs and upkeep) | $ 0 | $ |
| Food | $ 0 | $ |
| Clothing | $ 0 | $ |
| Laundry and dry-cleaning | $ 0 | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation (not including motor vehicle payments) | $ 0 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | $ 0 | $ |
| Homeowner's or renter's | $ 0 | $ |
| Life | $ 0 | $ |
| Health | $ 0 | $ |
| Motor Vehicle | $ 0 | $ |
| Other: _____ | $ 0 | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ 0 | $ |
| Installment payments | | |
| Motor Vehicle | $ 0 | $ |
| Credit card (name): _____ | $ 0 | $ |
| Department store (name): _____ | $ 0 | $ |
| Other: _____ | $ 0 | $ |
| Alimony, maintenance, and support paid to others | $ 0 | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ |
| Other (specify): _____ | $ 0 | $ |
| Total monthly expenses: | $ 0 | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes    [✓] No    If yes, describe on an attached sheet.

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes    [✓] No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:
_____
_____
_____

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes    [✓] No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:
_____
_____
_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.  due to the fact that I'm incarcerated


13. State the address of your legal residence.
P.O. Box 800
Herlong, CA 96113
_____

Your daytime phone number: (___) _____
Your age: 42    Your years of schooling: 12
Your social-security number: 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

United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

USCA NO. 07-5006

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

I, Joe Louie Mendoza, #05776-010, hereby consent to have the appropriate prison officials withhold from my prison account and pay to the U.S. District Court for the District of Columbia an initial payment of 20% of the greater of:

(a)   the average monthly deposits to my account for the six-month period immediately preceding the filing of my notice of appeal; or

(b)   the average monthly balance in my account for the six-month period immediately preceding the filing of my notice of appeal.

I further consent to have the appropriate prison officials collect from my account on a continuing basis each month, an amount equal to 20% of each month's income. Each time the amount in the account reaches $10, the Trust Officer must forward the interim payment to the Clerk's Office, U.S. District Court for the District of Columbia, until such time as the $455.00 filing fee is paid in full.

By executing this document, I also authorize collection on a continuing basis of any additional costs imposed by the Court of Appeals.

_Joe Louie Mendoza_
SIGNATURE OF PRISONER

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]

United States Court of Appeals
*FOR THE DISTRICT OF COLUMBIA CIRCUIT*

---

## PRISONER TRUST ACCOUNT REPORT

Name: Joe Louie Mendoza,  #:Fed. Reg. 05776-010

---

**TO:**   Trust Officer
**FROM:** Clerk, U.S. Court of Appeals for the D.C. Circuit
**RE:**   No. 07-5006

Under the Prison Litigation Reform Act, a prisoner seeking to bring a civil action, or appeal a civil judgment, in forma pauperis must obtain from the Trust Officer of each institution in which the prisoner was confined during the six months preceding the filing of the action or appeal, a certified copy of the prisoner's trust account statement for that period. See 28 U.S.C. § 1915(a)(2).

Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner for mailing to the court in advance of February 22, 2007.

**DATE OF FILING NOTICE OF APPEAL:**     January 8, 2007

**Balance at time of filing of notice of appeal:**     $119.17/xx

**AVERAGE MONTHLY DEPOSITS during the six months prior to filing of the notice of appeal:**     $109.00/xx

**AVERAGE ~~MONTHLY~~ Daily BALANCE during the six months prior to filing of the notice of appeal:**     $71.47/xx

I certify under penalty of perjury that the above information accurately states the deposits and balances in the prisoner's trust account for the period shown and that the attached ledger sheets are true copies of account records maintained in the ordinary course of business.

DATE: 2/13/07

AUTHORIZED SIGNATURE: _[signature]_

TITLE: Correctional Counselor.

Federal Bureau of Prisons
Federal Correctional Institution
Post Office Box 900
Herlong, California 96113-0900

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]

United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

# PRISON LITIGATION REFORM ACT

Pursuant to the Prison Litigation Reform Act, prisoners filing appeals in Federal courts must fulfill certain requirements. The most significant restrictions relate to in forma pauperis status.

If you are appealing a decision of the district court and wish to proceed in *forma pauperis* ("IFP") in the court of appeals, you must first apply to the district court for such permission, even if you were granted IFP status for proceedings in district court. If the district court denies leave to appeal IFP, or if you are filing an original action in the court of appeals or seeking direct review of an administrative agency decision, you will need to apply to the court of appeals for leave to proceed IFP. Whether the district court has granted leave to appeal IFP or you are seeking IFP status from the court of appeals, you must submit to the court of appeals a certified copy of your trust fund account statement for the six-month period preceding the filing of the action in the court of appeals as well as a completed consent to collection of fees form.

Prisoners are required to pay the appropriate filing fee ($250 for an agency appeal, a petition for review from an agency decision, or an original action; or $455 for an appeal from the district court; even when proceeding IFP. If you are allowed to proceed IFP in the court of appeals but are unable to remit the entire fee at the outset of the action, the court will assess and, when funds exist, collect a initial partial filing fee of 20% of the greater of:

(1) the average monthly deposits to your prison account; or
(2) the average monthly balance in your prison account for the six-month period preceding the filing of the case.

Thereafter, you will be required to make monthly payments of 20% of the preceding month's income. The agency having custody of your account is required to forward payments from your account to the Clerk of the court each time the amount in your account exceeds $10.00 until the filing fee is paid. You might be required to pay the appropriate filing fee in full, even if the action is concluded prior to the collection of the entire fee.

Unless a prisoner is in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal IFP "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or failed to state a claim upon which relief may be granted." 28 U.S.C. § 1915(g).

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]